

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2015

No. 04-14-00167-CV

**STEPHENS & JOHNSON OPERATING CO.;** Henry W. Breyer, III, Trust; CAH, Ltd.-MOPI for Capital Account; CAH, Ltd.-Stivers Capital Account; CAH, Ltd.-Wiegand Resources Capital Account Wiegand Resources; C.T. Carden; Myrl W. Deitch Trust; E.R. Godbout Family Trust; Margaret J. Godbout; F.R. Keydel; R.L. Keydel; Pennye K. Maloney; David R. McNitt; RCA Trust One; Donald B. Scott; Sunset Production Corporation; Genessee Country Museum
Appellants

v.

Charles W. **SCHROEDER**, Elsie A. Schroeder Schneider, Hollis London, Terry Mengers Reel, Ted Mengers, Debbie Mengers Quates, August H. Setinmeyer, Carole Schroeder Miller, James M. Schroeder, Sally Schroeder Tinanus, James E. Schroeder, Sue Schroeder Stanford, Bill Schroeder, Wayne Hennecke, Diane Hennecke Rhodes, Jerri James, W. Tom Hailey, and Peggy Hailey,
Appellees

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-04-143
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Jason Pulliam, Justice

The court has considered the Appellant's Motion for Rehearing En Banc, and the motion is DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2015.

Keith E. Hottle
Clerk of Court